JUL 31 2025 AM10:43
USDC - FLMD - OCA

Monday July 21st, 2025

United States District Court
Office of the Clerk
207 NW Second Street, Room 337
Ocala, FL 34475-6666

RE:    Case # **5:25-CV-00378-SPC-PRL**

Dear Clerk of Court,

I am writing this letter to show proof of payment for the filing fee associated with case # **5:25-CV-00378-SPC-PRL**, my Petition for Habeas Corpus under 18 U.S.C. §2241. The application and memorandum of law was filed on June 18, 2025.

Attached please find a copy of my official Bureau of Prisons (BOP) account. As the paperwork shows, a payment was issued from my account by the BOP and sent directly to the District Court in Ocala on June 24, 2025 with a reference # of 5903 and payment # of 2909.

Can you please confirm that this payment was received by the court and applied to the case number referenced above? Thank you in advance. I'm grateful for any assistance you can provide in this matter.

Respectfully,

Ali Ahmed, Reg. # 20304-104
Federal Correctional Complex - Coleman Camp
PO Box 1027
Coleman, FL 33521

## All Transactions

 PRINT

| | |
|---|---|
| Inmate Reg #: | 20304104 |
| Inmate Name: | AHMED, ALI |
| Report Date: | 07/23/2025 |
| Report Time: | 9:44:55 AM |

| | |
|---|---|
| Current Institution: | Coleman FCC |
| Housing Unit: | COL-F-B |
| Living Quarters: | F06-225U |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 7/22/2025 2:58:30 PM | Sales - Fingerprint | ($85.10) | 133 | | $36.45 |
| 7/20/2025 3:07:24 PM | Western Union | $120.00 | 33325201 | | $121.55 |
| 7/15/2025 5:52:42 PM | Sales - Fingerprint | ($56.30) | 124 | | $1.55 |
| 7/10/2025 1:05:17 PM | TRUL Withdrawal | ($2.00) | TL0710 | | $57.85 |
| 7/9/2025 2:15:01 PM | Sales - Fingerprint | ($72.05) | 140 | | $59.85 |
| 7/8/2025 8:08:41 AM | FRP Unicor Pymt | ($105.24) | 5FRU0725 | | $131.90 |
| 7/8/2025 8:08:41 AM | Centralized Unicor | $210.48 | 5UNI0625 | | $237.14 |
| 7/1/2025 2:26:37 PM | Sales - Fingerprint | ($2.70) | 114 | | $26.66 |
| 7/1/2025 2:26:29 PM | Sales - Fingerprint | $5.20 | 113 | | $29.36 |
| 7/1/2025 2:01:58 PM | Sales - Fingerprint | ($89.90) | 101 | | $24.16 |
| 7/1/2025 6:15:16 AM | TRUL Withdrawal | ($2.00) | TL0701 | | $114.06 |
| 6/24/2025 2:46:47 PM | Legal Fees | ($5.00) | 5903 | 2909 | $116.06 |
| 6/24/2025 2:46:47 PM | BP 199 Request - Released | $5.00 | 5903 | | |
| 6/24/2025 1:59:56 PM | Sales - Fingerprint | ($27.45) | 142 | | $121.06 |
| 6/24/2025 6:17:12 AM | TRUL Withdrawal | ($2.00) | TL0624 | | $148.51 |
| 6/19/2025 9:07:14 PM | Western Union | $100.00 | 33325170 | | $150.51 |
| 6/17/2025 2:51:59 PM | Sales - Fingerprint | ($25.00) | 174 | | $50.51 |
| 6/15/2025 7:33:46 PM | TRUL Withdrawal | ($2.00) | TL0615 | | $75.51 |
| 6/10/2025 3:39:14 PM | Sales - Fingerprint | ($46.60) | 167 | | $77.51 |
| 6/10/2025 6:11:56 AM | TRUL Withdrawal | ($2.00) | TL0610 | | $124.11 |
| 6/9/2025 6:09:13 PM | BP 199 Request | ($5.00) | 5903 | | |
| 6/9/2025 6:08:13 PM | BP 199 Request - Released | $5.00 | 5902 | | |
| 6/9/2025 6:07:45 PM | BP 199 Request | ($5.00) | 5902 | | |
| 6/8/2025 8:06:43 AM | FRP Unicor Pymt | ($121.02) | 5FRU0625 | | $126.11 |
| 6/8/2025 8:06:43 AM | Centralized Unicor | $242.05 | 5UNI0525 | | $247.13 |
| 6/3/2025 2:49:44 PM | Sales - Fingerprint | ($26.35) | 132 | | $5.08 |
| 5/31/2025 2:50:43 PM | TRUL Withdrawal | ($2.00) | TL0531 | | $31.43 |
| 5/28/2025 5:50:00 PM | Sales - Fingerprint | ($31.70) | 226 | | $33.43 |
| 5/21/2025 2:36:37 PM | Sales - Fingerprint | ($29.65) | 166 | | $65.13 |
| 5/13/2025 3:13:04 PM | Sales - Fingerprint | ($36.15) | 112 | | $94.78 |
| 5/8/2025 8:08:47 AM | FRP Unicor Pymt | ($129.78) | 5FRU0525 | | $130.93 |
| 5/8/2025 8:08:47 AM | Centralized Unicor | $259.56 | 5UNI0425 | | $260.71 |
| 4/30/2025 2:25:06 PM | Sales - Fingerprint | ($85.25) | 104 | | $1.15 |
| 4/22/2025 2:36:14 PM | Sales - Fingerprint | ($89.35) | 97 | | $86.40 |
| 4/22/2025 7:12:00 AM | Western Union | $120.00 | 33325112 | | $175.75 |
| 4/15/2025 3:08:42 PM | Sales - Fingerprint | ($49.65) | 108 | | $55.75 |
| 4/10/2025 7:11:27 AM | TRUL Withdrawal | ($2.00) | TL0410 | | $105.40 |
| 4/9/2025 2:58:44 PM | Sales - Fingerprint | ($11.70) | 104 | | $107.40 |
| 4/8/2025 2:56:47 PM | Sales - Fingerprint | ($86.25) | 98 | | $119.10 |
| 4/8/2025 8:19:08 AM | FRP Unicor Pymt | ($168.62) | 5FRU0425 | | $205.35 |
| 4/8/2025 8:19:08 AM | Centralized Unicor | $337.25 | 5UNI0325 | | $373.97 |
| 4/1/2025 3:24:08 PM | Sales - Fingerprint | ($83.55) | 110 | | $36.72 |
| 3/31/2025 9:09:14 PM | Western Union | $120.00 | 33325090 | | $120.27 |
| 3/18/2025 4:54:34 PM | TRUL Withdrawal | ($2.00) | TL0318 | | $0.27 |
| 3/18/2025 2:56:56 PM | Sales - Fingerprint | ($65.00) | 117 | | $2.27 |
| 3/16/2025 8:35:49 PM | Phone Withdrawal | ($2.00) | TFN0316 | | $67.27 |
| 3/11/2025 2:26:19 PM | Sales - Fingerprint | ($88.35) | 94 | | $69.27 |
| 3/8/2025 8:16:08 AM | FRP Unicor Pymt | ($118.09) | 5FRU0325 | | $157.62 |
| 3/8/2025 8:16:08 AM | Centralized Unicor | $236.18 | 5UNI0225 | | $275.71 |
| 3/8/2025 6:57:28 AM | TRUL Withdrawal | ($2.00) | TL0308 | | $39.53 |

1 2 3

Al Ahmed #203041104
Federal Correctional Complex - Coleman Low
P.O. Box 1027
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
29 JUL 2025   PM 4 1

FREEDOM  FREEDOM

United States District Court
Office of the Clerk
207 NW 2nd Street, Room 337
Ocala, FL 34475-6666

SCREENED BY USMS

34475-666687

